UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
ALFARO-REYES, SANTOS            Case No. 10-54723
                                Chapter 7

_____Debtor._____/

## TRUSTEE'S REPORT OF UNDISCLOSED ASSETS

Pursuant to E.D. Mich. LBR 2015, the trustee hereby reports that the trustee discovered the following assets after the debtor testified at the meeting of creditors that the schedules are accurate:

Residential real property and personal property located thereon.

Location of property, Primera Avenida del Sur of El Calvario, Township of Sensuntepeque, Cabanas, El Salvador. Value of property per Debtor's section 341 meeting testimony equal to $50,000.00 U.S. Dollars; Property is unencumbered.

This report is for informational purposes only. No response is permitted.

/s/Timothy J. Miller Trustee
Timothy J. Miller(P36951)
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
trustee@schneidermiller.com

Date: June 18, 2010