UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

_____/
IN RE: SANTOS ALFARO-REYES,
    Debtor

                                                           Case No.: 10-54723-TJT
                                                           Honorable: TUCKER

_____/
DANIEL M. MCDERMOTT,
United States Trustee,
    Plaintiff

Vs.                                           Adversary No.:

SANTOS ALFARO-REYES,
    Defendant.
_____/

## ANSWER TO COMPLAINT FOR DENIAL OF DISCHARGE

    NOW COMES the Defendant, SANTOS ALFARO-REYES, by and through his Attorney, JOHN R. BAILEY, and state in answer to the Complaint as follows:

## COMMON ALLEGATIONS

1. Defendant admits the allegations in paragraph #1.

2. Defendant admits the allegations in paragraph #2.

3. Defendant admits the allegations in paragraph #3.

4. Defendant admits the allegations in paragraph #4.

5. Defendant admits the allegations in paragraph #5.

6. Defendant admits the allegations in paragraph #6.

7. Defendant admits the allegations in paragraph #7.

8. Defendant admits the allegations in paragraph #8.

9. Defendant admits the allegations in paragraph #9.

10. Defendant admits the allegations in paragraph #10.

## COUNT I
## DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. 727(a)(2)

11. Defendant admits the allegations in paragraph #11.

12. Defendant admits the allegations in paragraph #12.

13. Defendant denies the allegations in paragraph #13, Debtor did not intentionally conceal ownership of any property.

## COUNT II
## DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. 727(a)(4)

14. Defendant admits the allegations in paragraph #14.

15. Defendant admits the allegations in paragraph #15.

16. Defendant denies the allegations in paragraph #16, Debtor did not understand he was required to disclose ownership in real property outside of the United States.

WHEREFORE, your Defendant, SANTOS ALFARO-REYES, respectfully requests this Honorable Court to:

A. Deny Plaintiff's request to deny Defendants' discharge.

B. Grant any other relief this Court may find just and equitable.

Respectfully submitted,

JOHN R. BAILEY (P43677)
Attorney for Defendant
3150 Packard Road
Ypsilanti, MI 48197
(734) 485-3232
jrbaileyatlaw@yahoo.com